**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00356-CR

---

**JASON DANIEL SEWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82792-2013**

---

## ORDER

Appellant's September 29, 2015 motion to extend the time to file appellant's brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on October 6, 2015 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.


/s/     LANA MYERS
         JUSTICE